IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ABDUL KHALIQ MUSTAFA MUHAMMAD, :

    Plaintiff                                 :

        v.                                 :    Civil Action No. WMN-01-2078

WILLIAM J. HENDERSON,               :

    Defendant                               :

o0o

**ORDER**

A review of the Motion for Leave to Proceed *In Forma Pauperis* filed in this case shows that although Plaintiff does not have any substantial assets, he has a monthly net income of $2,465.00. He lists monthly household expenses of $2,094.00. With a monthly income that exceeds listed expenses by more than $300.00, Plaintiff clearly has the ability to pay the filing fee and costs of this action without any undue hardship.

Accordingly, it is, this ___19th___ day of July 2001, hereby **ORDERED** that:

1.    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **Denied**;

2.    Plaintiff will be allowed a period of thirty (30) days from the date of this Order in which to submit the filing fee of $150.00 to the Court. Plaintiff is advised that if he fails to pay the filing fee, this case will be dismissed without prejudice;

3.    Upon receipt of the filing fee the Clerk is directed to issue summonses and return them along with the service copies of the complaint to Plaintiff for service via private process; and

4.    The Clerk is directed to mail a copy of this Order to Plaintiff.

William M. Nickerson
United States District Judge