IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ABDUL KHALIQ MUSTAFA MUHAMMAD     *

          Plaintiff     *     CIVIL NO. WMN-01-2078

v.     *

WILLIAM HENDERSON, POSTMASTER     *
GENERAL, U. S. POSTAL SERVICE
    *
          Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

The above case was filed on July 16, 2001. Before the Court is Plaintiff's second motion for default judgment, filed on October 30, 2001. This second motion will be denied for the following reasons: (1) Again, Plaintiff has failed to serve Defendant, an officer or agency or corporation of the United States, sued in his official capacity. See Federal Rule of Civil Procedure 4(i)(1). (2) Pursuant to Federal Rule of Civil Procedure 55(e), "No judgment by default shall be entered against the United States or any officer or agency thereof unless the claimant establishes a claim or right to relief by evidence satisfactory to the Court." No such evidence has been set forth by plaintiff. Therefore, it is the _1st_ day of _November_, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Second Motion for Default Judgment, Paper No. 9, is DENIED; and

2. That the Clerk of the Court shall mail or transmit a copy of this Order to Plaintiff.

                                         William M. Nickerson
                                         United States District Judge