IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ABDUL KHALIQ MUSTAFA MUHAMMAD

    Plaintiff,

v.

JOHN E. POTTER[2]                  :    Civil No. WMN-01-2078
Postmaster General,
United States Postal Service      :

    Defendant.               :

...oOo...

## ORDER

For the reasons set forth in the foregoing Consent Motion to Extend Time, it is this _7th_ day of _January_, 2002,

**ORDERED**, that the time for filing an answer or other responsive pleading by John Potter, Postmaster General of the United States, be ENLARGED to *February 13, 2002*.

_____
The Honorable William M. Nickerson
United States District Judge

**COPIES TO:**
Abdul Khaliq Mustafa Muhammad
7117 D Rolling Bend Road
Baltimore, Maryland 21244
*Plaintiff*

Jennifer Lilore Huesman, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
*For Defendant,*

---

[2]     John E. Potter is the new Postmaster General. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, John E. Potter should be substituted for William Henderson as the Defendant in this action.