IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ABDUL MUHAMMAD

v.                              :   Civil Action WMN-01-2078

JOHN E. POTTER
Postmaster General,
United States Postal Service   :

### ORDER

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 8th day of May, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (Paper No. 19) is hereby GRANTED;

2. That Plaintiff's Motion for Summary Judgment (Paper No. 21) is hereby DENIED;

3. That this case is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to Plaintiff and all counsel of record.

William M. Nickerson
United States District Judge